# Order

Michigan Supreme Court
Lansing, Michigan

February 24, 2017

155033(65)

MICHAEL SHAW and JEANNETTE THAI,
    Plaintiffs/Counterdefendants-
    Appellants,

v

LARRY PISKOROWSKI, MOLLY
SCHOENBERG, ANASTASIA FEDEROVA,
JAMES STEPHENS, DIANE STEPHENS,
MICHAEL MCLEARON, JOHN TASIC,
ALBERT CRIST, MICHAEL LAM, and
WENDY LAM,
    Defendants/Cross-Defendants-
    Appellees,
and

ROBERT MCCAULEY, FEDERAL NATIONAL
MORTGAGE ASSOCIATION, MICHAEL
COGO, UNKNOWN HEIRS AND DEVISEES
OF SAMUEL GROOMES, and UNKNOWN
HEIRS AND DEVISEES OF ROSALITA
GROOMES,
    Defendants/Cross-Defendants/Third
    Party Defendants-Appellees,
and

JOSEPH KURTH, TAMMIE KURTH, ELWOOD
PETERSON, JANET JOHNSON, GRACE
CARPENTER, TRUSTEE for the WILLIAM
AND GRACE CARPENTER TRUST, KAREN J.
MCDOWELL, ANNA K. STEP, MARTIN
HICKEY, CAROLYN H. RUSSELL TRUSTEE
for the JOHN X. RUSSELL TRUST, CAROLYN
H. RUSSELL TRUSTEE for the CAROLYN H.
RUSSELL TRUST, SHARON HILL, MILTON
FOWLER, CHRISTINA SARAHS, JOHN
CHAPMAN, GREGORY COURVILLE, JACOB

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 155033
COA: 329027
Livingston CC: 13-027687-CZ

CHARLES VISSER, WALTER JOHN ZEMKE,
JEFFREY PETERSON, CAROL PETERSON,
VIVA ANN FINE, ANTHONY MORRIS, ANNIE
M. WINTERS TRUST,
        Defendants/Counterplaintiffs/Cross-
        Plaintiffs/Third Party Plaintiffs-
        Appellees,

and

UNKNOWN HEIRS AND DEVISEES OF
HARRY M. GROOMES and UNKNOWN HEIRS
AND DEVISEES OF ROSA K. GROOMES,
        Defendants-Appellees,

and

EDWARD ALLEN, ELLEN ALLEN, MARSHA
DENMAN, MICHAEL ROGERS, CAROL
CRENSHAW, YOUSEF BAHREINY, RANDEL
STEP, TOWNSHIP OF GREEN OAK, JEROME
SZUKALA, and ANNA SZUKALA,
        Defendants,

and

CAROL TAYLOR, JULIE HARDESTY, LARRY
RUSH, PEGGY RUSH, and JOSEPH
HARDESTY,
        Defendants/Counterplaintiffs/Cross-
        Plaintiffs,

and

BRENT DELABARRE,
        Third Party Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of plaintiffs/counterdefendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before March 9, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2017

Clerk